UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:07-CR-111 RLM |
| | ) | |
| BRANDON L. TAYLOR | ) | |

OPINION and ORDER

Following the court's March 28, 2014 denial of Brandon Taylor's motion for declaratory judgment as not properly before this court, Mr. Taylor filed his reply relating to that motion. Mr. Taylor is now before the court requesting that the previous order be vacated and the court reconsider its decision based on the arguments raised in his reply brief.

The court has reviewed Mr. Taylor's reply and declines his request to reconsider [docket # 149]. Mr. Taylor's submission contains nothing to justify changing the court's conclusion that his motion for declaratory relief amounts to a second or successive petition under 28 U.S.C. § 2255 for which Mr. Taylor didn't allege or establish that he obtained the necessary permission to pursue.

The court does, however, MODIFY the first sentence of the March 28, 2014 Opinion and Order to read as follows: "Brandon Taylor was convicted by a jury in January 2008 of possessing a firearm as a convicted felon (Count 4), possession of ammunition as a convicted felon (Count 5), possessing a firearm as an unlawful user of controlled substances (Count 6), and possessing ammunition as an unlawful user of controlled substances (Count 7)."

SO ORDERED.

ENTERED:   April 28, 2014

                                    /s/ Robert L. Miller, Jr.
                                  Judge, United States District Court


cc:    B. Taylor
       AUSA Schmid